ISAAC STERN, Respondent, *v.* NEW YORK STATE RAILWAYS, Appellant.

*Stern* v. *N. Y. State Railways*, 164 App. Div. 967, affirmed.
(Argued December 20, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 15, 1914, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages alleged to have been sustained by plaintiff by reason of a collision between his automobile and a street car of the defendant on January 11, 1913, on Clinton Avenue South, in the city of Rochester. Plaintiff alleged negligence on the part of the defendant as the sole cause of said collision. Defendant admitted the collision but denied negligence on its part and alleged contributory negligence on the part of plaintiff's chauffeur.

*Paul Folger* for appellant.

*J. S. Albright* for respondent.

Judgment affirmed, with costs, under section 1317 of the Code of Civil Procedure; no opinion.

Concur: CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: CHASE and COLLIN, JJ.